

**mwe.com**

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

June 26, 2020

**VIA ECF**

The Honorable Gregory H. Woods
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312

      Re:    <u>Sweeney v. BDO USA, LLP, *et al.*; 19-cv-07389(GHW)</u>

Dear Judge Woods:

We represent Defendants BDO USA, LLP and Janet Bernier in the above-referenced matter and write jointly with counsel for Plaintiff, pursuant to Dkt. No. 62, to provide a status update regarding the parties' settlement negotiations. The parties have resolved their outstanding issues and need only finalize their agreement. The parties, therefore, respectfully request that the *status quo* remain in effect vis-à-vis the adjournment *sina die* of all deadlines in this case, and that the Court grant the parties until July 3, 2020, to finalize the settlement agreement and file a follow-up status update letter with the Court.

We thank Your Honor for your time and consideration.

Respectfully submitted,

<u>/s Lindsay Ditlow</u>
Lindsay F. Ditlow

cc:    Counsel for Plaintiff (*via* ECF)



340 Madison Avenue   New York NY 10173-1922   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*