UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SWEENEY,

        Plaintiff,

   v.

BDO USA, LLP and JANET BERNIER, in
her individual and professional capacities,

        Defendants.

Case No. 1:19-CV-07389 (GHW)

## STIPULATION OF
## DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff

Dennis Sweeney ("Plaintiff"), on the one hand, and Defendants BDO USA, LLP and Janet Bernier

("Defendants"), on the other hand, that the above-captioned action is voluntarily dismissed with

prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party bearing its own fees and

costs.

Dated: July 15, 2020
    New York, New York

**WIGDOR LLP**

By:_____
   David E. Gottlieb
   Tanvir H. Rahman
   85 Fifth Avenue
   New York, NY 10003
   (212) 257-6800
   *Attorneys for Plaintiff*

**McDERMOTT WILL & EMERY LLP**

By:_____
   Lindsay F. Ditlow
   340 Madison Avenue
   New York, NY 10173
   (212) 547- 5400

   *Attorneys for Defendants*